SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MARQUISE BAILEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br><br>Plaintiff,<br><br>vs.<br><br>JJS3 INC. D/B/A GLORIA'S EXPRESS; C & M OIL CO & INVESTMENTS LLC; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:25-cv-09168-FLA (PDx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MARQUISE BAILEY ("Plaintiff") and Defendant JJS3 INC. D/B/A GLORIA'S EXPRESS and A.O.M. INVESTMENTS, LLC stipulate that this Court dismiss the above-captioned action without prejudice in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\
\\

Respectfully submitted,

DATED: November 25, 2025    SO. CAL. EQUAL ACCESS GROUP

By:    /s/ Jason J. Kim
       Jason J. Kim
       Attorneys for Plaintiff

DATED: November 25, 2025    Law Offices of Adolfo B Garber

By:    /s/ Adolfo B. Garber
       Adolfo B. Garber, Esq.
       Attorneys for Defendants
       JJS3 INC. D/B/A GLORIA'S EXPRESS and
       A.O.M. INVESTMENTS, LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 25, 2025    By: /s/ Jason J. Kim
             Jason J. Kim